No. 86–1907.   PAUL *v.* FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 86–1916.   FLAHIVE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 86–1928.   MIMS, INDIVIDUALLY AND DBA THE EDGEFIELD ADVERTISER *v.* EDGEFIELD COUNTY COMMUNICATIONS, INC., ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–6183.   VITATOE *v.* JONES, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 86–6221.   JONES *v.* FIRST AMERICAN TITLE INSURANCE CO. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–6331.   KELLY *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 86–6445.   KIMBERLIN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–6523.   HAMILTON *v.* NIX, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–6672.   GREGORY *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 86–6759.   JONES *v.* HOWARD ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–6763.   PATTON *v.* PENNSYLVANIA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–6826.   FREEMAN *v.* HARTIGAN, ATTORNEY GENERAL OF ILLINOIS.   C. A. 7th Cir.   Certiorari denied.

No. 86–6836.   WALLACE ET AL. *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir. Certiorari denied.

No. 86–6840.   BRASIER *v.* DOUGLAS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.